## YOUNG v. STATE.

(Court of Criminal Appeals of Texas. Feb. 19, 1913.)

CRIMINAL LAW (§ 1090*)—REVIEW—SUFFICIENCY OF RECORD.

On appeal from a conviction, objection that the verdict is contrary to the law and the evidence is not reviewable, where the evidence is not presented by statement of facts or bill of exceptions.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from District Court, Leon County; S. W. Dean, Judge.

Bill Young was convicted of an offense, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This record is before us without a statement of facts or bill of exceptions.

There is nothing in the motion for new trial which requires a reversal. The only ground of the motion for new trial is that the verdict of the jury is contrary to the law and the evidence. The testimony is not before us; and therefore that question cannot be reviewed.

The judgment is affirmed.